No. 542. CITY OF YONKERS *v.* DOWNEY, RECEIVER;
Nos. 543 and 544. LOEHR, MAYOR, ET AL. *v.* SAME; and

548

No. 545. CITY OF YONKERS, TRUSTEE, *v.* SAME. December 18, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. E. J. Dimock* for petitioners in Nos. 543, 544, and 545, and with *Mr. J. Donald Rawlings* for petitioner in No. 542. *Mr. George P. Barse* for respondent. Reported below: 106 F. 2d 69.